IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NADEEM AHMAD,

    Plaintiff,                              No. CIV S-09-1200 JAM DAD PS

    vs.

WELLS FARGO BANK N.A., et al.,

    Defendants.                       FINDINGS AND RECOMMENDATIONS

/

        By order filed and served by mail on May 20, 2009, plaintiff's pro se complaint was dismissed with leave to file an amended complaint that cures the defects noted in the order and complies with applicable rules.  Plaintiff was granted thirty days from the date of the order to file the amended complaint and was cautioned that failure to respond to the order in a timely manner may result in a recommendation that this action be dismissed.  The thirty-day period has now expired, and plaintiff has not responded to the court's order in any manner.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file

1

1  written objections with the court.  A document containing any objections should be titled
2  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
3  failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: June 26, 2009.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ahmad1200.fta