IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NADEEM AHMAD,

    Plaintiff,

vs.

WELLS FARGO BANK N.A., et al.,

    Defendants.
_____/

No. CIV S-09-1200 JAM DAD PS

<u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u>

        Plaintiff is proceeding pro se with an action arising from foreclosure on real property. The proceeding was referred to the undersigned pursuant to Local Rule 72-302(c)(21). By order filed May 20, 2009, the undersigned directed plaintiff to file an amended complaint and to clarify whether he is the sole plaintiff in this action. Plaintiff's amended complaint is before the court.

        Plaintiff's request for leave to proceed in forma pauperis under 28 U.S.C. § 1915 makes the showing required by the statute. Accordingly, plaintiff's application to proceed in forma pauperis will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 1, 2009 motion to proceed in forma pauperis (Doc. No. 2) is granted.

1  2. The Clerk of the Court is directed to issue process and send plaintiff an instruction sheet for service of process by the United States Marshal, together with a summons, seven USM-285 forms, and one endorsed copy of plaintiff's amended complaint filed August 18, 2009.

3. Within thirty (30) days after this order is served, plaintiff shall send the following documents to the United States Marshal by mailing them to the United States Marshals Service at 501 I Street, Suite 5600, Sacramento, CA 95814:

    a. One copy of this order;

    b. Seven properly completed USM-285 forms;

    c. Seven copies of the properly completed summons; and

    d. Eight true and exact copies of the endorsed amended complaint provided by the Clerk with this order.

4. Within ten (10) days after mailing the materials for service to the United States Marshal, plaintiff shall file with this court a notice stating the date on which he mailed the required documents to the United States Marshal.  Failure to file such a notice in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants Wells Fargo Bank N.A.; LandAmerica Commonwealth; First American Loan Star Trustee Service; American Brokers Conduit; Mortgage Electronic Registration System, Inc.; Citi Mortgage; and Twin River Realty.

DATED: November 9, 2009.

                _____
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ahmad1200.ifp.serve.ac