1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NADEEM AHMAD,

11          Plaintiff,                    No. 2:09-cv-01200 JAM KJN PS

12      v.                                ORDER

13   WELLS FARGO BANK, N.A., et al.

14          Defendants.

15   _____/

16          The undersigned hereby disqualifies himself from this action pursuant to

17   28 U.S.C. § 455(b).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer

18   this case to another available United States Magistrate Judge for any further proceedings which

19   may be appropriate or required.

20   DATED:  April 6, 2010

21

22

23

24   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

25

26

1