1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NADEEM AHMAD,

11          Plaintiff,                    No. CIV S-09-1200 JAM DAD PS

12   vs.

13   WELLS FARGO BANK N.A., et al.,        ORDER

14          Defendants.

15   _____/

16          Plaintiff, who is proceeding pro se in this action, has filed a document titled

17   "Objections to Findings and Recommendations" in which he requests an extension of time until

18   May 19, 2011, to file objections to the findings and recommendations that were filed and served

19   in this case on March 30, 2011.  In the interests of justice, the untimely request will be granted.

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.  Plaintiff's April 21, 2011 filing (Doc. No. 63) is construed as a motion for

22   leave to act out of time and, so construed, is granted;

23          2.  Plaintiff shall file and serve any objections to the findings and

24   recommendations that were filed by the undersigned on March 30, 2011 (Doc. No. 62) on or

25   before May 19, 2011; plaintiff is cautioned that his objections must be received by the Clerk of

26   the Court on or before the specified date; and

1

1          3.  Any reply to plaintiff's objections shall be filed and served within fourteen

2   days after electronic notice of the filing of the objections.

3   DATED: April 27, 2011.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7   DAD:kw
    Ddad1\orders.pro se\ahmad1200.ord.eot.objs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2